KATHRYN N. NESTER, Federal Public Defender (#13967)
BENJAMIN C. MCMURRAY, Assistant Federal Defender (#9926)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSEPH LEE CHATWIN, Defendant. | APPEARANCE OF COUNSEL<br><br>Case No. 2:12-cr-00617 RJS |

BENJAMIN C. MCMURRAY, attorney for Defendant, hereby enters his appearance as counsel for the Defendant, JOSEPH LEE CHATWIN.

DATED this 9th day of September, 2016.

/s/ *Benjamin C. McMurray*
BENJAMIN C. MCMURRAY
Assistant Federal Defender